ROSENBERG v. FIREMAN'S INS. CO. OF NEWARK, N. J.

(Supreme Court, Appellate Term. April 8, 1910.)

COURTS (§ 190*) — MUNICIPAL COURTS — ORDERS APPEALABLE — OPENING DE-
.· FAULT.
        An order of the Municipal Court of the City of New York, opening a de-
    fault and setting aside a judgment, is not appealable.
        [Ed. Note.—For other cases, see Courts, Dec. Dig. § 190.*]

·Appeal from Municipal Court, Borough of Manhattan, Second District.

·. Action by Jacob Rosenberg against the Fireman's Insurance Company of Newark, N. J. From an order of the Municipal Court of the City of New York, granting a motion of plaintiff to open his default and set aside the judgment, defendant appeals. Dismissed.

. Argued before SEABURY, LEHMAN, and GAVEGAN, JJ.

·· S. J. Rosenblum, for appellant.
·Rabinowitz· & Perlo, for respondent.

. PER CURIAM. The order in effect opens the default and· sets aside the judgment. Such an order is not appealable. Wolter v. Liebmann, 52 Misc. Rep. 517, 102 N. Y. Supp. 487; Dorfman v. Hirschfield, 53 Misc. Rep. 538, 103 N. Y. Supp. 698.

· The appeal is dismissed, without costs to either party.